UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURENT SUAREZ and PEDRO MELO,

                      Plaintiffs,

-against-

CARTER MURRAY, CARMEN MURRAY, and
FCB WORLDWIDE, INC.,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021

20 **CIVIL** 3514 (JCM)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 2, 2021, Defendant FCB's Motion to Dismiss is granted in its entirety and Plaintiffs' SAC is dismissed against FCB with prejudice.

**Dated:** New York, New York

      April 5, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

**BY:**

                                                **Deputy Clerk**