UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN SUAREZ and PEDRO MELO,<br><br>                Plaintiffs,<br><br>vs.<br><br>CARTER MURRAY and CARMEN MURRAY.<br><br>                Defendants. | Civil Action No. 20-cv-3514 (JCM)<br><br>RULE 68 JUDGMENT |

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Carter Murray and Carmen Murray ("Defendants") having offered to allow Plaintiffs Lauren Suarez and Pedro Melo ("Plaintiffs") to take a judgment against them, in the sum of One Hundred Fifty Thousand Dollars and No Cents ($150,000.00), inclusive of Plaintiffs' claims, attorney's fees, interests, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 20, 2021 and filed as Exhibit A to Docket Number 65;

WHEREAS, on August 23, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 65);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiffs Lauren Suarez and Pedro Melo in the sum of One Hundred Fifty Thousand Dollars and No Cents ($150,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 20, 2021 and filed as Exhibit A to Docket Number 65.

**SO ORDERED:**

Dated: August 24, 2021, 2021            *Judith C. McCarthy*
      **White Plains, New York**                        U.S.M.J.